**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:24-cr-00111-CDS-EJY-1, 2 |
| Plaintiff | **Order Setting Hearing on the Parties Stipulation to Continue Trial** |
| v. | |
| Ismael Preciado-Granados, et al., | [ECF No. 108] |
| Defendants | |

The parties stipulate to move the trial date from June 1, 2026, to the end of June or early July. Stip., ECF No. 108. This is the seventh request to continue. They state that such a request is necessary because defendant Cristian Ayala's counsel will be out of the jurisdiction from May 21, 2026, through June 3, 2026. *Id.* Because this is the seventh request to continue, the parties must appear for a hearing on March 3, 2026, at 2:00 p.m. in LV Courtroom 6B.

Dated: February 23, 2026

_____
Cristina D. Silva
United States District Judge